William Green – SBN 129816
Sharon Delfino Green – SBN 133703
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for DEFENDANT, R & L BROSAMER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY | Case No.: 2:05-CV-02238 |
| Plaintiff, | **STIPULATED EXTENSION OF TIME TO FILE ANSWER, COUNTER AND CROSS CLAIMS** |
| v. | |
| R & L BROSAMER, INC. | |
| Defendant. | |

The parties in the above-captioned matter, through their respective attorneys of record herein, hereby stipulate and agree that Defendant's time to file and serve its Answer to plaintiff's First Amended Complaint, Counterclaims and/or Cross claims will be and is hereby extended

///
///
///
///
///

**STIPULATED EXTENSION OF TIME TO FILE ANSWER**     Case No. 2:05-cv-02238
**COUNTERCLAIMS AND CROSS CLAIMS**

1 | from January 9, 2006, to January 13, 2006.

Dated: January 9, 2006					DELFINO GREEN & GREEN


							By _____William Green_____
							WILLIAM GREEN
							Attorneys for Defendant
							R & L Brosamer, Inc.


Dated:  January 9, 2006					DELFINO GREEN & GREEN




							By _____J. Douglas Durham_____
							J. Douglas Durham
							Attorneys for Plaintiff
							RLI Insurance Company

IT IS SO ORDERED:


Dated:  January 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE